1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:23-cv-02292-TLN-KJN
        IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:23-cv-02293-TLN-KJN

13                                              No. 2:23-cv-02294-TLN-KJN

14                                              No. 2:23-cv-02295-TLN-KJN

15                                              No. 2:23-cv-02296-TLN-KJN

16                                              No. 2:23-cv-02297-TLN-KJN

17                                              No. 2:23-cv-02310-TLN-KJN

18                                              No. 2:23-cv-02311-TLN-KJN

19                                              No. 2:23-cv-02340-TLN-KJN

20                                              No. 2:23-cv-02341-TLN-KJN

21                                              **ORDER**

22

23

24           Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25    above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26    litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28    Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to the undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02292, 2:23-cv-02293, 2:23-cv-02294, 2:23-cv-02295, 2:23-cv-02296, 2:23-cv-02297, 2:23-cv-02310, 2:23-cv-02311, 2:23-cv-02340 and 2:23-cv-02341 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Dated:  December 15, 2023

Troy L. Nunley
United States District Judge